UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RONALD P. WILSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ZIMA CO., *et al.*<br><br>Defendants. | Civil No. 3:04cv141<br><br>ORDER |

This matter came on for consideration on motion of Pressly M. Millen of the Raleigh office of the firm Womble Carlyle Sandridge & Rice, PLLC, an attorney admitted to practice before this Court, for an Order admitting Jordan T. Razza, a lawyer in the firm Sullivan & Cromwell LLP, *pro hac vice* for the purpose of representing Defendants Diageo plc, Diageo North America, Inc. and Paddington, Ltd. (which they contend is not a legal entity), (collectively the "Diageo Defendants"), in this action pursuant to the provisions of LR 83.1(b) of the Local Rules of the United States District Court of the Western District of North Carolina, and the Court, having considered such motion is of the opinion that such motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that admitting Jordan T. Razza of the firm Sullivan & Cromwell LLP is hereby admitted to practice in this Court *pro hac vice* for the purpose of representing the Diageo Defendants in the above-captioned action subject to the provisions of the rules of this Court.

**SO ORDERED.**

Signed: March 20, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge