**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:04CV141-C**

| | |
|---|---|
| RONALD P. WILSON, ANDREA B. WILSON AND JOSEPH A. WILSON, on behalf of themselves, all other similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>BACARDI USA, INC., ADOLPH COORS COMPANY, COORS BREWING CO., KOBRAND CORPORATION, HEINEKEN USA, INC., THE BEER INSTITUTE, INC., BROWN-FORMAN CORPORATION AND DIAGEO NORTH AMERICAN, INC.,<br><br>Defendant(s). | **ORDER** |

Pursuant to Local Rule 83.1(d) and for good cause shown, the motion of Defendants Adolph Coors Company and Coors Brewing Co. for admission *pro hac vice* of Fred F. Fielding of the law firm of Wiley Rein & Fielding, LLP of the District of Columbia is hereby **GRANTED.**

**SO ORDERED.**

Signed: September 27, 2006

_____
Carl Horn, III
United States Magistrate Judge